UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID PHILIP SARMIENTO,

       Petitioner,                               Case No. 1:06-cv-507

v.                                              Hon. Richard Alan Enslen

MICHIGAN PAROLE BOARD, et al.,

       Respondents.
_____/

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 5, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
October 13, 2006                                Richard Alan Enslen
                                                                Senior United States District Judge